

```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

JS - 6

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 06-6029-RGK(AJWx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| ONE 2003 MERCEDES S55 AMG, its tools and appurtenances; ONE 2003 BMW 745i, its tools and appurtenances; ONE 2003 HUMMER H2 SUV, its tools and appurtenances; ONE 2004 LINCOLN NAVIGATOR, its tools and appurtenances; ASSORTED MEN'S JEWELRY; $20,000.00 IN U.S. CURRENCY; and $3,014.00 IN U.S. CURRENCY, | **CONSENT JUDGMENT OF FORFEITURE** |
| Defendants. | |
| RICHARD GASTELUM, | |
| Claimant. | |

This action was filed on September 21, 2006. Notice was

1  given and published in accordance with law.  Claimant Richard
2  Gastelum ("claimant") filed the only claim and the civil case was
3  stayed pending completion of the related criminal case.  <u>See</u>
4  <u>United States v. Richard Gastelum, et al.</u>, CR 06-00283(A)-RGK-1.
5     The stay of this case was lifted on November 18, 2010.  On
6  January 28, 2011, Default by Clerk was entered against the
7  interests of Michelle Campbell, Emma Ramirez, Octavio Lopez,
8  Patricia Leon and Diane Schell as to all of the defendant assets.
9  No other statements of interest or answers have been filed, and
10 the time for filing such statements of interest and answers has
11 expired.  Plaintiff and claimant have reached an agreement that
12 is dispositive of the action.  The parties hereby request that
13 the Court enter this Consent Judgment of Forfeiture.
14     **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
15         A.   This Court has jurisdiction over this action
16 pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties
17 hereto.
18         B.   The Complaint for Forfeiture states a claim for
19 relief pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §
20 981(a)(1)(C).
21         C.   Notice of this action has been given in accordance
22 with law. All potential claimants to defendant 2003 Mercedes S55
23 AMG, its tools and appurtenances, registered in the name of
24 Patricia Leon; defendant 2003 BMW 745i, its tools and
25 appurtenances, registered in the name of Emma Ramirez; defendant
26 2003 Hummer H2 SUV, its tools and appurtenances, registered in
27 claimant's name; defendant 2004 Lincoln Navigator, its tools and
28 appurtenances, registered in the name of Diane Schell; defendant

1  Assorted Men's Jewelry; defendant $20,000.00 in U.S. currency;
2  and defendant $3,014.00 in U.S. currency (collectively,
3  "defendants") other than claimant are deemed to have admitted the
4  allegations of the Complaint.  The allegations set out in the
5  Complaint are sufficient to establish a basis for forfeiture.
6          D.   The United States of America shall have judgment
7  as to $18,014.00 of the defendant currency and all other
8  defendants, together with all interest earned by the government
9  on $18,014.00 of the defendant currency, and no other person or
10 entity shall have any right, title or interest therein.
11         E.   $5,000.00 of the defendant currency, together with
12 all interest earned by the government on that amount since
13 seizure, shall be paid to Claimant not later than forty-five (45)
14 days from the date of the entry of this judgment by a Treasury
15 check delivered to Claimant at the federal facility where he is
16 housed.  Said payment shall be subject to applicable federal law.
17         F.   Claimant hereby releases the United States of
18 America, its agencies, agents, and officers, including employees
19 and agents of the United States Drug Enforcement Agency, from any
20 and all claims, actions or liabilities arising out of or related
21 to this action, including, without limitation, any claim for
22 attorney's fees, costs or interest which may be asserted on
23 behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
24 otherwise.
25 //
26 //
27 //
28 //

G. The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 5, 2011

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: July      , 2011    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                           _____
                           JENNIFER M. RESNIK
                           Assistant United States Attorney
                           Asset Forfeiture Section

                           Attorneys for Plaintiff
                           United States of America


DATED: July \_\_\_, 2011     SEAN K. KENNEDY
                           Federal Public Defender

                           _____
                           CALLIE GLANTON STEELE
                           Deputy Federal Public Defender

                           Attorneys for Claimant
                           Richard Gastelum

4