ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )  <br> ) <br> Plaintiff,    ) <br> ) <br> v.              ) <br> ) <br> ONE 2003 MERCEDES S55 AMG,    ) <br> its tools and appurtenances; ) <br> ONE 2003 BMW 745i, its tools ) <br> and appurtenances; ONE 2003  ) <br> HUMMER H2 SUV, its tools and ) <br> appurtenances; ONE 2004      ) <br> LINCOLN NAVIGATOR, its tools ) <br> and appurtenances; ASSORTED  ) <br> MEN'S JEWELRY; $20,000.00 IN ) <br> U.S. CURRENCY; and $3,104.00 ) <br> IN U.S. CURRENCY,            ) <br> ) <br> Defendants.   ) <br> ) <br>_____) <br> ) <br>RICHARD GASTELUM,             ) <br> ) <br> Claimant.     ) <br> ) <br>_____) | CV 06-6029-RGK(AJWx) <br><br> **AMENDED CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on September 21, 2006. Notice was

given and published in accordance with law.  Claimant Richard Gastelum ("claimant") filed the only claim and the civil case was stayed pending completion of the related criminal case.  See United States v. Richard Gastelum, et al., CR 06-00283(A)-RGK-1.

The stay of this case was lifted on November 18, 2010.  On January 28, 2011, Default by Clerk was entered against the interests of Michelle Campbell, Emma Ramirez, Octavio Lopez, Patricia Leon and Diane Schell as to all of the defendant assets.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

  A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

  B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

  C.   Notice of this action has been given in accordance with law.  All potential claimants to defendant 2003 Mercedes S55 AMG, its tools and appurtenances, registered in the name of Patricia Leon; defendant 2003 BMW 745i, its tools and appurtenances, registered in the name of Emma Ramirez; defendant 2003 Hummer H2 SUV, its tools and appurtenances, registered in claimant's name; defendant 2004 Lincoln Navigator, its tools and appurtenances, registered in the name of Diane Schell; defendant

1  Assorted Men's Jewelry; defendant $20,000.00 in U.S. currency;
2  and defendant $3,104.00 in U.S. currency (collectively,
3  "defendants") other than claimant are deemed to have admitted the
4  allegations of the Complaint.  The allegations set out in the
5  Complaint are sufficient to establish a basis for forfeiture.
6         D.   The United States of America shall have judgment
7  as to $18,104.00 of the defendant currency and all other
8  defendants, together with all interest earned by the government
9  on $18,104.00 of the defendant currency, and no other person or
10 entity shall have any right, title or interest therein.
11        E.   To the extent said funds have not already been
12 returned to Claimant pursuant to the consent judgment of
13 forfeiture entered August 5, 2011, $5,000.00 of the defendant
14 currency, together with all interest earned by the government on
15 that amount since seizure, shall be paid to Claimant not later
16 than forty-five (45) days from the date of the entry of this
17 judgment by a Treasury check delivered to Claimant at the federal
18 facility where he is housed.  Said payment shall be subject to
19 applicable federal law.
20        F.   Claimant hereby releases the United States of
21 America, its agencies, agents, and officers, including employees
22 and agents of the United States Drug Enforcement Agency, from any
23 and all claims, actions or liabilities arising out of or related
24 to this action, including, without limitation, any claim for
25 attorney's fees, costs or interest which may be asserted on
26 behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
27 otherwise.
28 //

     G.  The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 1, 2011

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: August ___, 2011    ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: August ___, 2011    SEAN K. KENNEDY
Federal Public Defender

_____
CALLIE GLANTON STEELE
Deputy Federal Public Defender

Attorneys for Claimant
Richard Gastelum